STATE v. EXUM HOOKS.

(Filed 31 December, 1926.)

APPEAL by defendant from *Cranmer, J.,* at August Term, 1926, of WAYNE. No error.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*J. Faison Thompson and Hugh Dortch for defendant.*

STATE *v.* HOOKS.

PER CURIAM. The defendant was prosecuted for having liquor in his possession for the purpose of sale and was convicted. We have examined the several assignments of error and find that under numerous decisions all the exceptions must be overruled.

No error.